John A. Leonard, Esquire
**LEONARD, KEY & KEY, PLLC**
900 8th Street, Suite 320
Post Office Box 8385
Wichita Falls, Texas 76307-8385
Telephone:    940/322-5217
Facsimile:    940/322-3381
E-mail:    lenbiz@rlklaw.net
Attorneys for American National Bank

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF TEXAS
## WICHITA FALLS DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| DANIEL LAWSON | § | CASE NO: 19-70060-hdh-13 |
|     Debtor | § | |

### NOTICE OF APPEARANCE AND REQUEST
### FOR SERVICE OF NOTICE, PLEADINGS AND ORDERS

TO THE HONORABLE HARLIN D. HALE, UNITED STATES BANKRUPTCY JUDGE:

NOW COMES American National Bank. creditor and party-in-interest, and without consenting to or waiving any rights with respect to jurisdiction under Title 11, U.S.C., states that it will be represented by the following attorney:

John A. Leonard, Esq.
**Leonard, Key & Key PLLC**
P.O. Box 8385
900 8th Street, Suite 320
Wichita Falls, Texas 76307-8385
Phone: (940) 322-5217
Fax:    (940) 322-3381
E-mail;lenbiz@rlklaw.net

1.    Rule 2002 of the Rules of Bankruptcy Procedure, Creditor, through its attorneys, hereby request that notices of any actions taken, or motions filed by any other party-in interest, including the Debtor, be sent to it through its attorney at the address set forth above.

2.    Further, the foregoing request includes the notices and papers referred to in the files specified above and also includes, without limitation, notices of any orders, pleadings, motions, applications, complaints, demands, hearings, request of petitions, disclosure statements,

answering or reply papers, memoranda and brief in support of any of the foregoing and any other documents brought before this Court with respect to these proceedings, whether formal or informal, whether written or oral, whether transmitted or conveyed by mail, deliver, telephone, telegraph, telex or otherwise.

      John A. Leonard, Esquire
**Leonard, Key & Key PLLC**
P.O. Box 8385
900 8th Street, Suite 320
Wichita Falls, Texas 76307-8385
Phone: (940) 322-5217
Fax:    (940) 322-3381
E-mail:lenbiz@rlklaw.net
 /s/ John A. Leonard
John A. Leonard
State Bar No. 12209600
Attorneys for American National Bank

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing document has been sent this 6th day of March 2019 by ECF to the following:

Robert B. Wilson

United States Trustee

Sam Branco
Olympia Law Group

All persons filing a notice of appearance

      /s/ John A. Leonard
John A. Leonard